1:22-cr-211
Judge Nogle
Magistrate Judge Weisman

**FILED**



JUN 23 2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 22 CR 211 |
| v. | Violations: Title 26, United States Code, Sections 7201 and 7206(1) |
| SUNGGOO SAMUEL JOH, also known as "Sam Joh" | **SUPERSEDING INDICTMENT** |

## COUNT ONE

The SPECIAL JULY 2021 GRAND JURY charges:

1.     At times material to this indictment:

a.     The Internal Revenue Service was an agency of the United States Department of Treasury, responsible for administering and enforcing the tax laws of the United States. Under these laws, individuals were required to accurately report income to the Internal Revenue Service on individual income tax return forms (Form 1040 with schedules and attachments) and pay all income tax and tax penalties due and owing. If a taxpayer failed accurately to report or pay his or her tax liability, the Internal Revenue Service could calculate, assess, and attempt to collect the correct tax liability.

b.     Business A was a construction services and real estate design business that maintained a bank account at J.P. Morgan Chase bank (the "Chase account").

c.     Individual A was the president of Business A.

d.     Defendant SUNGGOO SAMUEL JOH, also known as "Sam Joh,"

was a resident of the Northern District of Illinois who was associated with, and performed services for, Business A. JOH was a signatory on the Chase account, and had the authority to issue checks from the Chase account.

2.     During calendar year 2015, JOH received gross income from Business A and on this gross income, JOH owed to the United States federal income tax. By reason of JOH's gross income from Business A, he was required by law following the close of calendar year 2015 and on or before April 18, 2016 to file a Form 1040 individual income tax return with the Internal Revenue Service and to pay the income tax due and owing thereon.

3.     JOH failed to file a Form 1040 individual income tax return for the calendar year 2015 on or before April 18, 2016.

4.     Beginning on or about January 1, 2015 and continuing through on or about April 18, 2016, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUNGGOO SAMUEL JOH,
also known as "Sam Joh,"

defendant herein, did willfully attempt to evade and defeat income tax due and owing by him to the United States for the calendar year 2015 by committing the following affirmative acts, among others:

a.     JOH arranged to receive payment of compensation and other income from Business A in a manner that avoided the creation of customary business and accounting records, including records that would be submitted to the Internal

2

Revenue Service, that would accurately reflect payments made from Business A to JOH.

      b.    JOH used Business A's credit card to incur personal expenses, which expenses were paid by Business A.

      c.    JOH used the credit card of Individual B to incur personal expenses.

      d.    JOH issued checks from Business A to Individual B to pay for personal expenses JOH incurred using Individual B's credit card.

      e.    JOH forged the signature of Individual A on checks issued to pay his personal expenses.

      f.    JOH caused Business A to acquire a property in Burr Ridge, Illinois to be used as his personal residence (the "Burr Ridge residence").

      g.    JOH caused Business A to have the Burr Ridge residence titled in the name of Business A.

      h.    JOH caused Business A to obtain a mortgage from Standard Bank and Trust Company to finance the Burr Ridge residence.

      i.    JOH caused Business A to issue payments from the Chase account to pay the mortgage payments on the Burr Ridge residence.

      j.    JOH caused Business A to issue payments from the Chase account to pay the homeowner's assessment fees on the Burr Ridge residence.

    In violation of Title 26, United States Code, Section 7201.

## COUNT TWO

The SPECIAL JULY 2021 GRAND JURY further charges:

1.      The allegations in Paragraph 1 of Count One are incorporated here.

2.      During calendar year 2016, JOH received gross income from Business A and on this gross income, JOH owed to the United States federal income tax. By reason of JOH's gross income from Business A, he was required by law following the close of calendar year 2016 and on or before April 18, 2017 to file a Form 1040 individual income tax return with the Internal Revenue Service and to pay the income tax due and owing thereon.

3.      JOH failed to file a Form 1040 individual income tax return for the calendar year 2016 on or before April 18, 2017.

4.      Beginning on or about January 1, 2016 and continuing through on or about April 18, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

                              SUNGGOO SAMUEL JOH,
                              also known as "Sam Joh,"

defendant herein, did willfully attempt to evade and defeat income tax due and owing by him to the United States for the calendar year 2016 by committing the following affirmative acts, among others:

a.      JOH arranged to receive payment of compensation and other income from Business A in a manner that avoided the creation of customary business and accounting records, including records that would be submitted to the Internal

Revenue Service, that would accurately reflect payments made from Business A to JOH.

      b.     JOH used Business A's credit card to incur personal expenses, which expenses were paid by Business A.

      c.     JOH used the credit card of Individual B to incur personal expenses.

      d.     JOH issued checks from Business A to Individual B to pay for personal expenses JOH incurred using Individual B's credit card.

      e.     JOH forged the signature of Individual A on checks issued to pay his personal expenses.

      f.     JOH caused Business A to issue payments from the Chase account to pay the mortgage payments on the Burr Ridge residence.

      g.     JOH caused Business A to issue payments from the Chase account to pay the homeowner's assessment fees on the Burr Ridge residence.

      In violation of Title 26, United States Code, Section 7201.

## COUNT THREE

The SPECIAL JULY 2021 GRAND JURY further charges:

1.     The allegations in Paragraph 1 of Count One are incorporated here.

2.     During calendar year 2017, JOH received gross income from Business A and on this gross income, JOH owed to the United States federal income tax. By reason of JOH's gross income from Business A, he was required by law following the close of calendar year 2017 and on or before April 17, 2018 to file a Form 1040 individual income tax return with the Internal Revenue Service and to pay the income tax due and owing thereon.

3.     JOH failed to file a Form 1040 individual income tax return for the calendar year 2017 on or before April 17, 2018.

4.     Beginning on or about January 1, 2017 and continuing through on or about April 17, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUNGGOO SAMUEL JOH,
also known as "Sam Joh,"

defendant herein, did willfully attempt to evade and defeat income tax due and owing by him to the United States for the calendar year 2017 by committing the following affirmative acts, among others:

a.     JOH arranged to receive payment of compensation and other income from Business A in a manner that avoided the creation of customary business and accounting records, including records that would be submitted to the Internal

6

Revenue Service, that would accurately reflect payments made from Business A to JOH.

  b.  JOH used Business A's credit card to incur personal expenses, which expenses were paid by Business A.

  c.  JOH used the credit card of Individual B to incur personal expenses.

  d.  JOH issued checks from Business A to Individual B to pay for personal expenses JOH incurred using Individual B's credit card.

  e.  JOH forged the signature of Individual A on checks issued to pay his personal expenses.

  f.  JOH caused Business A to issue payments from the Chase account to pay the mortgage payments on the Burr Ridge residence.

  g.  JOH caused Business A to issue payments from the Chase account to pay the homeowner's assessment fees on the Burr Ridge residence.

  In violation of Title 26, United States Code, Section 7201.

7

## COUNT FOUR

The SPECIAL JULY 2021 GRAND JURY further charges:

1.      The allegations in Paragraph 1 of Count One are incorporated here.

2.      During calendar year 2018, JOH received gross income from Business A and on this gross income, JOH owed to the United States federal income tax. By reason of JOH's gross income from Business A, he was required by law following the close of calendar year 2018 and on or before April 15, 2019 to file a Form 1040 individual income tax return with the Internal Revenue Service and to pay the income tax due and owing thereon.

3.      Beginning on or about January 1, 2018 and continuing through on or about March 31, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUNGGOO SAMUEL JOH,
also known as "Sam Joh,"

defendant herein, did willfully attempt to evade and defeat income tax due and owing by him to the United States for the calendar year 2018 by committing the following affirmative acts, among others:

a.      JOH arranged to receive payment of compensation and other income from Business A in a manner that avoided the creation of customary business and accounting records, including records that would be submitted to the Internal Revenue Service, that would accurately reflect payments made from Business A to JOH.

8

b.     JOH used Business A's credit card to incur personal expenses, which expenses were paid by Business A.

c.     JOH caused Business A to issue payments from the Chase account to pay the mortgage payments on the Burr Ridge residence.

d.     JOH caused Business A to issue payments from the Chase account to pay the homeowner's assessment fees on the Burr Ridge residence.

e.     On or about March 31, 2020, JOH filed a Form 1040 individual income tax return with the United States, in which he failed to report substantial amounts of income received during calendar year 2018;

In violation of Title 26, United States Code, Section 7201.

## COUNT FIVE

The SPECIAL JULY 2021 GRAND JURY further charges:

1.  The allegations in Paragraph 1 of Count One are incorporated here.

2.  On or about March 31, 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUNGGOO SAMUEL JOH,
also known as "Sam Joh,"

defendant herein, willfully made and subscribed, and caused to be made and subscribed, a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for the calendar year 2018, which return was verified by a written declaration that it was made under penalties of perjury, and filed with the Internal Revenue Service, which return defendant did not believe to be true and correct as to every material matter, in that the return falsely stated on Line 6 that the total income was $3,000, when defendant knew and believed that the amount of total income substantially exceeded that amount;

In violation of Title 26, United States Code, Section 7206(1).

## COUNT SIX

The SPECIAL JULY 2021 GRAND JURY further charges:

1.      The allegations in Paragraph 1 of Count One are incorporated here.

2.      During calendar year 2019, JOH received gross income from Business A and on this gross income, JOH owed to the United States federal income tax. By reason of JOH's gross income from Business A, he was required by law following the close of calendar year 2019 and on or before July 15, 2020 to file a Form 1040 individual income tax return with the Internal Revenue Service and to pay the income tax due and owing thereon.

3.      Beginning on or about January 1, 2019 and continuing through on or about July 15, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUNGGOO SAMUEL JOH,
also known as "Sam Joh,"

defendant herein, did willfully attempt to evade and defeat income tax due and owing by him to the United States for the calendar year 2019 by committing the following affirmative acts, among others:

a.      JOH arranged to receive payment of compensation and other income from Business A in a manner that avoided the creation of customary business and accounting records, including records that would be submitted to the Internal Revenue Service, that would accurately reflect payments made from Business A to JOH.

11

b.     JOH used Business A's credit card to incur personal expenses, which expenses were paid by Business A.

c.     JOH caused Business A to issue payments from the Chase account to pay the mortgage payments on the Burr Ridge residence.

d.     JOH caused Business A to issue payments from the Chase account to pay the homeowner's assessment fees on the Burr Ridge residence.

e.     On or about March 20, 2020, JOH filed a Form 1040 individual income tax return with the United States, in which he failed to report substantial amounts of income received during calendar year 2019;

In violation of Title 26, United States Code, Section 7201.

12

## COUNT SEVEN

The SPECIAL JULY 2021 GRAND JURY further charges:

1.     The allegations in Paragraph 1 of Count One are incorporated here.

2.     On or about March 20, 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

SUNGGOO SAMUEL JOH,
also known as "Sam Joh,"

defendant herein, willfully made and subscribed, and caused to be made and subscribed, a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for the calendar year 2019, which return was verified by a written declaration that it was made under penalties of perjury, and filed with the Internal Revenue Service, which return defendant did not believe to be true and correct as to every material matter, in that the return falsely stated on Line 7b that the total income was $3,000, when defendant knew and believed that the amount of total income substantially exceeded that amount;

In violation of Title 26, United States Code, Section 7206(1).


A TRUE BILL:


_____
FOREPERSON


_____
Signed by Amarjeet S. Bhachu
on behalf of the
UNITED STATES ATTORNEY