**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22 CR 211 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| SUNGGOO SAMUEL JOH | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR INTERNATIONAL TRAVEL**

The Defendant, Sunggoo Samuel Joh, by and through his attorneys, Nishay K. Sanan and Cece White, respectfully moves this Court for an order returning his passport and authorizing international travel. In support, Mr. Joh states as follows:

1. Sunggoo Samuel Joh is currently on bond. He has had no violations while on pretrial release.

2. Pretrial Services possesses Mr. Joh's passport, which he voluntarily surrendered.

3. Mr. Joh wishes to travel to Cabo San Lucas, Mexico for his honeymoon. He would be traveling with his wife, Alice Gledrojt, whom he recently married on September 9, 2022. Should the Court grant permission, they would stay at the Hilton in Cabo San Lucas.

4. Mr. Joh requests the return of his passport on or before November 23, 2022. He would travel to Mexico on November 24, 2022 and would return to Chicago on December 3, 2022. He would then return his passport to Pretrial Services on the Monday after his return, December 5, 2022.

5. The government takes no position and defers to Pretrial Services. Pretrial Services has no objection.

1

Based on the above, the Defendant, Sunggoo Samuel Joh, respectfully requests that this Court enter an order releasing his passport on or before November 23, 2022, allowing for international travel to Mexico, and setting the date of December 5, 2022 for the return of his passport to Pretrial Services.

Respectfully submitted,

/s/ Nishay K. Sanan
nsanan@aol.com


/s/ Cece White
cece@sananlaw.com

Nishay K. Sanan, Esq.
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois 60604
Tel: 312-692-0360
Fax: 312-957-0111